IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE CARDOSO-LOPEZ,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-509-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff United States of America and against defendant Jorge Cardoso-Lopez dismissing his motion for post conviction relief under 28 U.S.C. § 2255 without prejudice as premature.

_____       _____
Peter Oppeneer, Clerk of Court                9/22/09
                                                                         Date